Michael R. Bracamontes (SBN 242655)
**BRACAMONTES & VLASAK, P.C.**
1901 Harrison Street, Suite 1590
Oakland, CA 94612
Phone: (415) 835-6777
Fax: (415) 835-6780
Email: mbracamontes@bvlawsf.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD APPEL,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF SAN JOSE, and<br><br>DOES 1 to 20, inclusive,<br><br>  Defendants. | CASE NO.: 24-cv-04114-NC<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and among all parties that Plaintiff will dismiss this instant lawsuit against Defendant CITY OF SAN JOSE and all DOE Defendants without prejudice. This will resolve the case in its entirety.

   All parties agree that each side shall bear their own fees and costs.

   IT IS SO STIPULATED

Dated: October 10, 2024          By: _____
                                     Michael R. Bracamontes, Esq.
                                     **BRACAMONTES & VLASAK, P.C.**
                                     Attorney for Plaintiff

Dated: October 10, 2024          By: _____
                                     Maren J. Clouse
                                     Chief Deputy City Attorney
                                     Attorney for City of San Jose

- 1 -
*Appel v. City of San Jose, et al. – Stipulation and Order to Dismiss Case Without Prejudice*

**ORDER**

The Court having reviewed the foregoing Stipulation, orders the following:

1. Dismissal of this instant lawsuit against Defendant CITY OF SAN JOSE and all DOE Defendants without prejudice.
2. Each side shall bear their own fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2024

_____
Nathanael M. Cousins
U.S. Magistrate Judge



- 2 -
*Appel v. City of San Jose, et al. – Stipulation and [Proposed] Order to Dismiss Case Without Prejudice*